IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MR. HERBERT JOHNSON,

        Plaintiff,                    No. 2:11-cv-3220 JFM (PC)

    vs.

J. WALKER, et al.,

        Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has neither paid the filing fee for this action nor filed an application to proceed in forma pauperis.

        The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

/////

1   In this case, none of the defendants reside in this district. The claim arose in
2 Riverside County and alleges continuing violations in Imperial County and San Diego County,
3 where plaintiff is currently incarcerated, and at least one of the defendants resides there.
4 Riverside County is in the Central District of California, while Imperial County and San Diego
5 County are in the Southern District of California. Plaintiff's claim should have been filed in one
6 of those two courts. In the interest of justice, a federal court may transfer a complaint filed in the
7 wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918,
8 932 (D.C. Cir. 1974). Given that plaintiff is presently incarcerated in San Diego County and that
9 he alleges ongoing violations of his right to adequate medical care, this matter will be transferred
10 to the Southern District of California.
11   Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
12 United States District Court for the Southern District of California.
13 DATED: March 30, 2012.

UNITED STATES MAGISTRATE JUDGE

12
john3220.21